CHIEF JUSTICE
ROGELIO VALDEZ

JUSTICES
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

CLERK
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 13, 2014

Hon. Douglas K. Norman
Asst. District Attorney
901 Leopard, Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Donald B. Edwards
Attorney at Law
P. O. Box 3302
Corpus Christi, TX 78463
* DELIVERED VIA E-MAIL *

Bill Smith
TDCJ #1744491
LOPEZ UNIT
1203 EL CIBOLO RD.
Edinburg, TX 78542

Re:      Cause No. 13-11-00694-CR
Tr.Ct.No. 11-CR-0403-C
Style:    WILLIAM SMITH A/K/A BILL SMITH v. THE STATE OF TEXAS


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   94th District Court (DELIVERED VIA E-MAIL)
      Hon. Patsy Perez, Nueces County District Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)